IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DAVID B. LOWRY**, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 3:11-CV-00849-KI |
| | ) |
| vs. | ) |
| | ) ORDER OF DISMISSAL |
| **MICHAEL J. ASTRUE**, Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

David B. Lowry
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223

    Attorney for Plaintiff


S. Amanda Marshall
United States Attorney
District of Oregon


Page 1 - ORDER OF DISMISSAL

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

    Attorneys for Defendant

KING, Judge:

    Plaintiff's Motion to Dismiss [23] is granted.  This action is dismissed without prejudice.

    IT IS SO ORDERED.

    Dated this ____6th____ day of March, 2012.

                                     /s/ Garr M. King
                                     Garr M. King
                                     United States District Judge